UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **18-3170**

Assoc. of NJ Rifle and Pistol Clubs v. NJ Attorney General

**ORDER**

At the direction of the Court, the opinion filed on December 5, 2018 will be amended to correct two typographical errors: in footnote 11, page 14, "Donhoue" will be corrected to read "Donohue", and in footnote 24, page 30, "type if" will be corrected to read "type of". An amended opinion will be filed on the docket contemporaneously with this order. As the revisions do not change the substance of the opinion, the filing date of the opinion and judgment will remain December 5, 2018.

For the Court,

Patricia S. Dodszuweit. Clerk

Dated: December 6, 2018